JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Management VI Properties LLC, et al., | ) ) ) | CASE NO. SACV 07-1180-JVS(MLGx) |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL FOR LACK OF PROSECUTION |
| v. | ) ) | |
| U.S.A., et al., | ) ) ) | |
| Defendants. | ) ) | |

The Court having scheduled a continued Scheduling Conference on September 15, 20088 and neither the plaintiff nor the defendants' having made an appearance at the hearing or filed a status report for the hearing, IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: September 29, 2008

_____
James V. Selna
United States District Judge